```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                 "ETHEL AGUILAR ET AL V USA"
```

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James A. von der Heydt, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/15/74
            Closed: 08/08/79

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (290) Other real property actions
                    NATIVE ALLOTMENTS
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 2.1 | [T] HOTCH, ELMER | Michael Roebuck<br>Alaska Legal Services<br>1016 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>   -      - |
| PLF 3.1 | [T] HOTCH, ESTER | Michael Roebuck<br>(see above) |
| PLF 4.1 | [T] HOTCH, DONALD | Michael Roebuck<br>(see above) |
| PLF 5.1 | [T] KATZEEK, SMITH J. SR. | Michael Roebuck<br>(see above) |
| PLF 6.1 | [T] CHAMBERS, FRED | Michael Roebuck<br>(see above) |
| PLF 7.1 | [T] JACQUOT, LARRY | Michael Roebuck<br>(see above) |
| PLF 8.1 | [T] JACQUOT, HENRY | Michael Roebuck<br>(see above) |
| PLF 9.1 | [T] TUCKLE, PATSY | J. Michael Robbins<br>12621 Lupine Road<br>Anchorage, AK 99516<br>907-644-8700<br>FAX      -     - |
| DEF 1.1 | [T] UNITED STATES OF AMERICA | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A76-0271--CV (JAV)
                "ETHEL AGUILAR ET AL V USA"

      Including terminated parties, excluding terminated counsel
```

Parties of Record: | Counsel of Record:

John T. Baker
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5100

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                 "ETHEL AGUILAR ET AL V USA"

                                      For all filing dates
```

```
  Presiding Judge:   The Honorable James A. von der Heydt, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/15/74
           Closed: 08/08/79

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (290) Other real property actions
                  NATIVE ALLOTMENTS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 188 - 1 | 10/28/94 | DEF 1 motion for approval of settlement re; Richard Tukle. |
| 188 - 2 | 02/16/95 | JAV Order granting motion for approval of settlement re; Richard Tukle. (188-1) Cy cnsl |
| 189 - 1 | 08/15/95 | DEF 1 motion for approval of settlement w/atch exhibits. |
| 189 - 2 | 08/29/95 | JAV Order granting motion for approval of settlement (189-1) Cy cnsl |
| 190 - 1 | 05/06/96 | DEF 1 motion for approval of settlement |
| 190 - 2 | 05/08/96 | JAV Order granting motion for approval of settlement (190-1) Cy cnsl |
| 191 - 1 | 07/19/96 | DEF 1 motion for approval of settlement re: Reginal Denny  w/atch exhibits. |
| 191 - 2 | 07/24/96 | JAV Order granting motion for approval of settlement (191-1) cc cnsl |
| 192 - 1 | 10/16/96 | DEF 1 motion for approval of settlement re: Bureau of Land Management, the Bureau of Indian Affairs, the State of Alaska, the applicant and all the heirs of the individual applicant[s]. with att exhbts |
| 192 - 2 | 11/05/96 | JAV Order granting motion for approval of settlement re: Bureau of Land Management, the Bureau (192-1) cc: cnsl |
| 193 - 1 | 01/02/97 | DEF 1 motion for approval of settlement |
| 193 - 2 | 01/07/97 | JAV Order granting motion for approval of settlement (193-1) cy cnsl |
| 194 - 1 | 01/13/97 | PLF 9 Notice of w/d as cnsl. |
| 195 - 1 | 01/15/97 | DEF 1 motion for approval of settlement re: John William |
| 196 - 1 | 01/15/97 | DEF 1 motion for approval of settlement re: L. Ahmaogak |
| 197 - 1 | 01/15/97 | DEF 1 motion for approval of settlement re: C. Edwardsen, Sr |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 195 - 2 | 02/04/97 | JAV Order granting motion for approval of settlement re: John William (195-1). cc:cnsl |
| 196 - 2 | 02/04/97 | JAV Order granting motion for approval of settlement re: L. Ahmaogak (196-1) .cc:cnsl |
| 197 - 2 | 02/12/97 | JAV Order granting motion for approval of settlement re: C. Edwardsen, Sr (197-1). cy cnsl |
| 198 - 1 | 03/07/97 | DEF 1 motion for approval of settlement with att exhb. |
| 198 - 2 | 03/11/97 | JAV Order granting motion for approval of settlement (198-1). cc: cnsl. |
| 199 - 1 | 03/17/97 | DEF 1 motion for approval of settlement re Ralph Capjohn. |
| 200 - 1 | 03/17/97 | DEF 1 motion for approval of settlement re Mike Shugak. |
| 201 - 1 | 03/17/97 | DEF 1 motion for approval of settlement re Willie Shugak. |
| 199 - 2 | 03/20/97 | JAV Order granting motion for approval of settlement re Ralph Capjohn. (199-1). cc cnsl |
| 200 - 2 | 03/20/97 | JAV Order granting motion for approval of settlement re Mike Shugak (200-1). cc cnsl |
| 201 - 2 | 03/20/97 | JAV Order granting motion for approval of settlement re Willie Shugak (201-1). cc cnsl |
| 202 - 1 | 04/01/97 | DEF 1 motion for approval of settlement (re Marie C. Pearson). |
| 202 - 2 | 04/03/97 | JAV Order granting motion for approval of settlement (re Marie C. Pearson). (202-1). cy cnsl |
| 203 - 1 | 04/04/97 | DEF 1 motion for approval of settlement w/att ex. |
| 204 - 1 | 04/07/97 | DEF 1 motion for approval of settlement re Elizabeth Fleagle. |
| 203 - 2 | 04/08/97 | JAV Order granting motion for approval of settlement (203-1). cc cnsl |
| 204 - 2 | 04/09/97 | JAV Order granting motion for approval of settlement re Elizabeth Fleagle (204-1). cc cnsl |
| 205 - 1 | 04/14/97 | DEF 1 motion for approval of settlement re Frances Cummings. |
| 205 - 2 | 04/16/97 | JAV Order granting motion for approval of settlement re Frances Cummings. (205-1) |
| 206 - 1 | 05/06/97 | DEF 1 motion for approval of settlement (re Ellen Thomas). |
| 207 - 1 | 05/06/97 | DEF 1 motion for approval of settlement (re Polly Tegoseak). |
| 206 - 2 | 05/07/97 | JAV Order granting motion for approval of settlement (re Ellen Thomas). (206-1). cy cnsl |
| 207 - 2 | 05/07/97 | JAV Order granting motion for approval of settlement (re Polly Tegoseak). (207-1) cy cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                            "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 208 - 1 | 06/12/97 | DEF 1 motion for approval of settlement (re Loretta Throop). |
| 209 - 1 | 06/16/97 | JAV Order granting motion for approval of settlement (re Loretta Throop). (208-1). cc: cnsl |
| 210 - 1 | 07/23/97 | DEF 1 motion for approval of settlement with att exhs. |
| 210 - 2 | 07/25/97 | JAV Order granting motion for approval of settlement (210-1). cc: cnsl |
| 211 - 1 | 08/12/97 | DEF 1 motion for approval of settlement w/att exhs. |
| 211 - 2 | 08/14/97 | JAV Order granting motion for approval of settlement (211-1).cc: cnsl |
| 212 - 1 | 09/12/97 | DEF 1 motion for approval of settlement with att exh. |
| 213 - 1 | 09/16/97 | DEF 1 motion for approval of settlement w/ att exh. |
| 212 - 2 | 09/26/97 | JAV Order granting approval of settlement @ docket 212-1. cc: cnsl. |
| 213 - 2 | 09/26/97 | JAV Order granting approval of settlement (docket #213). cc: cnsl. |
| 214 - 1 | 10/10/97 | DEF 1 motion for approval of settlement w/ att exhs. |
| 215 - 1 | 10/10/97 | DEF 1 motion for approval of settlement re:James Chokwak w/att exh. |
| 215A- 1 | 10/10/97 | DEF 1 motion for approval of settlement re: John Nusunginya w/ att exhs. |
| 215 - 2 | 10/16/97 | JAV Order granting motion for approval of settlement re:James Chokwak (215-1). cc: cnsl. |
| 215A- 2 | 10/20/97 | JAV Order granting motion for approval of settlement (215A-1). cc: cnsl. |
| 214 - 2 | 11/03/97 | JAV Order received on 10/16/97 granting motion for approval of settlement (214-1). cc: cnsl. |
| 216 - 1 | 11/21/97 | DEF 1 motion for approval of settlement re: Wilfred Kozenikoff. |
| 216 - 2 | 11/26/97 | JAV Order granting motion for approval of settlement re: Wilfred Kozevnikoff (216-1) cc: cnsl. |
| 217 - 1 | 04/02/98 | DEF 1 motion for approval of settlement w/att exhs. |
| 217 - 2 | 04/08/98 | JAV Order granting motion for approval of settlement re:Clara Ketzler (217-1). |
| 218 - 1 | 06/01/98 | DEF 1 motion for approval of settlement [re: Thomas N. Albert] w/att exhs. |
| 219 - 1 | 06/01/98 | DEF 1 motion for approval of settlement re: Harry Knagin, Sr. w/att exhs. |
| 218 - 2 | 06/02/98 | JAV Order granting motion for approval of settlement re: Thomas Noah Albert (218-1). cc: cnsl |
| 219 - 2 | 06/02/98 | JAV Order granting motion for approval of settlement re: Harry Knagin, Sr. (219-1). cc:cnsl |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                  "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 220 - 1 | 06/24/98 | Motion for approval of settlement re: Paul Oskolkoff w/att exh. |
| 220 - 2 | 06/26/98 | JAV Order granting motion for approval of settlement (220-1). cc:cnsl |
| 221 - 1 | 07/06/98 | DEF 1 motion for approval of settlement re: Andrew Kalerak, Sr w/att exh. |
| 221 - 2 | 07/07/98 | JAV Order granting motion for approval of settlement as to Andrew Kalerak, Sr. (221-1). cc:cnsl |
| 222 - 1 | 08/10/98 | DEF 1 motion for approval of settlement w/att exh. |
| 222 - 2 | 08/11/98 | JAV Order granting motion for approval of settlement as to Thomas Nelson, Sr. (222-1). cc:cnsl |
| 223 - 1 | 08/17/98 | DEF 1 motion for approval of settlemental. |
| 223 - 2 | 08/19/98 | JAV Order granting motion for approval of settlement as to William Hurley, Jr. (223-1). cc:cnsl |
| 224 - 1 | 09/30/98 | DEF 1 motion for approval of settlement [re: Clay Kaigelak, Sr.]. |
| 224 - 2 | 10/02/98 | JAV Order granting motion for approval of settlement re: Clay Kaigelak, Sr. (224-1).  cc: cnsl |
| 225 - 1 | 11/10/98 | DEF 1 motion for approval of settlement [re: F. Elvsaas] w/att exhs. |
| 225A- 1 | 11/13/98 | JAV Order re:mot for approval of settlement as to Fred H. Elvsaas. cc:cnsl |
| 226 - 1 | 01/28/99 | DEF 1 motion for approval of modificaiton of settlement re: W. Minano w/att exhs. |
| 226 - 2 | 02/18/99 | JAV Order granting approval of modificaiton of settlement re: W. Minano. cc: cnsl |
| 227 - 1 | 03/29/99 | DEF 1 motion for approval of settlement re: Julian P. Muller w/att exhs. |
| 227 - 2 | 04/01/99 | JAV Order granting motion for approval of settlement re: Julian P. Muller (227-1) cc:cnsl |
| 228 - 1 | 04/28/99 | DEF 1 motion for approval of settlement re: Gladys Elvsaas w/att exhs. |
| 228 - 2 | 04/29/99 | JAV Order granting motion for approval of settlement re: Gladys Elvsaas (228-1). cc: cnsl |
| 229 - 1 | 05/25/99 | DEF 1 motion for approval of settlement re: Anuska Olson w/att exh, |
| 230 - 1 | 05/25/99 | DEF 1 motion for approval of settlement re: Phillip Chokwak w/att exh. |
| 229 - 2 | 06/02/99 | JAV Order granting motion for approval of settlement re: Anuska Olson (229-1). cc:cnsl |
| 230 - 2 | 06/02/99 | JAV Order granting motion for approval of settlement re: Phillip Chokwak (230-1). cc:cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                              "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 231 - 1 | 06/14/99 | DEF 1 motion for approval of settlement re: Mae Knagin w/att exhs. |
| 231 - 2 | 06/15/99 | JAV Order granting motion for approval of settlement (231-1). cc cnsl |
| 232 - 1 | 08/10/99 | DEF 1 motion for approval of settlement re: Gust Tungiung, Sr. w/att exh. |
| 232 - 2 | 08/13/99 | JAV Order granting motion for approval of settlement (232-1). cc:cnsl |
| 233 - 1 | 08/31/99 | DEF 1 motion for approval of settlement w/att exh. |
| 233 - 2 | 09/02/99 | JAV Order granting motion for approval of settlement (233-1).  cc:cnsl |
| 234 - 1 | 09/15/99 | DEF 1 motion for approval of settlement re: Helene E. Sagmoen w/att exhs. |
| 234 - 2 | 09/17/99 | JAV Order granting motion for approval of settlement (234-1).  cc: cnsl |
| 235 - 1 | 10/19/99 | DEF 1 motion for approval of settlemen re: Joseph Chythlook w/att exh. |
| 235 - 2 | 10/21/99 | JAV Order granting motion for approval of settlemen re: Joseph Chythlook (235-1). cc: cnsl |
| 236 - 1 | 11/09/99 | DEF 1 motion for approval of settlement re: Hannah Sorensen. |
| 236 - 2 | 11/12/99 | JAV Order granting motion for approval of settlement re: Hannah Sorensen (236-1).  cc: cnsl |
| 237 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Gloria Thorson w/att exh. |
| 238 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Helen Foster w/att exh. |
| 239 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Joseph Coolidge w/att exh. |
| 240 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Harry Barnes w/att exh. |
| 241 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Peter Heyano, Jr. w/att exh. |
| 242 - 1 | 11/17/99 | DEF 1 motion for approval of settlement re: Mary Keever w/att exh. |
| 237 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: Gloria Thorson (237-1) cc: cnsl |
| 238 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: H. Foster (238-1) cc: cnsl |
| 239 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: Joseph Coolidge (239-1) cc: cnsl |
| 240 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: Harry Barnes (240-1) cc: cnsl |
| 241 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: Peter Heyano, Jr. (241-1) cc: cnsl |
| 242 - 2 | 11/18/99 | JAV Order granting motion for approval of settlement re: Mary Keever (242-1)  cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                              "ETHEL AGUILAR ET AL V USA"

                                  For all filing dates

Document #    Filed      Docket text


  243 -  1   11/22/99    DEF 1 motion for approval of settlement re: Henry Bavilla w/att exh.

  243 -  2   11/24/99    JAV Order granting motion for approval of settlement re: Henry Bavilla
                         (243-1). cc: cnsl

  244 -  1   12/01/99    DEF 1 motion for approval of settlement re: James Knutsen w/att exhs.

  245 -  1   12/01/99    DEF 1 motion for approval of settlement re: Gusty Chythlook w/att exhs.

  244 -  2   12/06/99    JAV Order granting motion for approval of settlement re: James Knutsen
                         (244-1). cc: cnsl

  245 -  2   12/06/99    JAV Order granting motion for approval of settlement re: Gusty Chythlook
                         (245-1). cc: cnsl

  246 -  1   12/27/99    DEF 1 motion for approval of settlement re: Mary B. Olson w/att
                         agreement.

  247 -  1   12/29/99    DEF 1 motion for approval of settlement re: Carol Kious w/att exhs.

  246 -  2   01/03/00    JAV Order granting motion for approval of settlement re: Mary B. Olson
                         (246-1). cc: cnsl

  248 -  1   01/03/00    DEF 1 motion for approval of settlement re: fE. Nicholson w/att exh.

  249 -  1   01/03/00    DEF 1 motion for approval of settlement re: R. Nicholson w/att exhs.

  247 -  2   01/04/00    JAV Order granting motion for approval of settlement (247-1). cc: cnsl

  248 -  2   01/06/00    JAV Order granting motion for approval of settlement re: fE. Nicholson
                         (248-1). cc: cnsl

  249 -  2   01/06/00    JAV Order granting motion for approval of settlement re: R. Nicholson
                         (249-1). cc: cnsl

  250 -  1   01/06/00    DEF 1 motion for approval of settlement re: M. Thomas w/att exh.

  251 -  1   01/14/00    DEF 1 motion for approval of settlement re: B. Petla w/att exhs.

  252 -  1   01/14/00    DEF 1 motion for approval of settlement re: L. Murphy, Sr. w/att exhs.

  253 -  1   01/14/00    DEF 1 motion for approval of settlement re: E. Ishnook w/att exhs.

  250 -  2   01/24/00    JAV Order granting motion for approval of settlement re: M. Thomas
                         (250-1). cc: cnsl

  251 -  2   01/24/00    JAV Order granting motion for approval of settlement re: B. Petla
                         (251-1). cc: cnsl

  252 -  2   01/24/00    JAV Order granting motion for approval of settlement re: L. Murphy, Sr.
                         (252-1). cc: cnsl

  253 -  2   01/24/00    JAV Order granting motion for approval of settlement re: E. Ishnook
                         (253-1). cc: cnsl

  254 -  1   02/09/00    DEF 1 motion of approval of settlement re: M. Thorson w/att exh.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                              "ETHEL AGUILAR ET AL V USA"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 254 - 2 | 02/23/00 | JAV Order granting motion of approval of settlement re: M. Thorson (254-1). cc: cnsl |
| 255 - 1 | 03/20/00 | DEF 1 motion for approval of settlement re: E. Jeffrey w/att exh. |
| 255 - 2 | 03/22/00 | JAV Order granting motion for approval of settlement re: E. Jeffrey (255-1). cc: cnsl |
| 256 - 1 | 05/02/00 | DEF 1 motion for approval of settlement re: F. Nelson w/att exhs. |
| 256 - 2 | 05/04/00 | JAV Order granting motion for approval of settlement re: F. Nelson (256-1). cc: cnsl |
| 257 - 1 | 07/17/00 | DEF 1 motion for approval of settlement [re: Willie Samuel] w/att exhs. |
| 257 - 2 | 07/20/00 | JAV Order granting motion for approval of settlement [re: Willie Samuel] (257-1). cc: cnsl |
| 258 - 1 | 07/21/00 | DEF 1 motion for approval of settlement re: Andrew Maud w/att exhs. |
| 258 - 2 | 07/24/00 | JAV Order granting motion for approval of settlement re: Andrew Maud (258-1). cc: cnsl |
| 259 - 1 | 11/07/00 | DEF 1 motion for approval of settlement re: Anna Christensen w/att exhs. |
| 259 - 2 | 11/08/00 | JAV Order granting motion for approval of settlement re: Anna Christensen (259-1) . cc: cnsl |
| 260 - 1 | 01/08/01 | DEF 1 motion for approval of settlement re: Martha Isaac w/att exhs. |
| 260 - 2 | 01/10/01 | JAV Order granting motion for approval of settlement (260-1). cc: cnsl |
| 261 - 1 | 02/21/01 | DEF 1 motion for approval of settlement re: Simeon Ishnook (Native Allotment AA-7809, Parcel C) w/att exhs. |
| 262 - 1 | 02/23/01 | DEF 1 motion for approval of settlement re: Dorothy Romie (Native Allotment AA-7801, Parcel B). |
| 261 - 2 | 03/02/01 | JAV Order granting motion for approval of settlement re: Simeon Ishnook (Native Allotment (261-1). cc: cnsl |
| 262 - 2 | 03/02/01 | JAV Order granting motion for approval of settlement re: Dorothy Romie (native allotment AA-7801 (262-1). cc: cnsl |
| 263 - 1 | 03/05/01 | DEF 1 motion for approval of settlement re: Pauline McRae (native allotment AA-7294, Parcel B) w/att exhs. |
| 264 - 1 | 03/05/01 | DEF 1 motion for approval of settlement re: Philip Akelkok (native allotment AA-7766, Parcel A) w/att exhs. |
| 265 - 1 | 03/05/01 | DEF 1 motion for approval of settlement re: Elia Ishnook (native allotment AA-7783, Parcels B & C) w/att exhs. |
| 266 - 1 | 03/06/01 | DEF 1 motion for approval of settlement re: Andrew Maud (deceaed) (native allotment AA-7296, Parcel A) w/att exhs. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                    "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 267 - 1 | 03/06/01 | DEF 1 motion for approval of settlement re: Glenna Hansen (Native Allotment AA-7179), Parcels A & C) w/att exhs. |
| 263 - 2 | 03/07/01 | JAV Order granting motion for approval of settlement re: Pauline McRae (native allotment AA-7294) (263-1). cc: cnsl |
| 264 - 2 | 03/07/01 | JAV Order granting motion for approval of settlement re: Philip Akelkok (native allotment AA-7766, parcel A (264-1). cc: cnsl |
| 265 - 2 | 03/07/01 | JAV Order granting motion for approval of settlement re: Elia Ishnook (native allotment AA-7783, parcels B & C) (265-1). cc: cnsl |
| 268 - 1 | 03/07/01 | DEF 1 motion for approval of settlement re: Alfred M. Jonathan (Native Allotment FF-14438, Parcel C) w/att exh. |
| 269 - 1 | 03/08/01 | DEF 1 motion for approval of settlement re: Mary Yukluk (Native Allotment AA-7775, Parcel A) w/att exhs. |
| 266 - 2 | 03/09/01 | JAV Order granting motion for approval of settlement re: Andrew Maud (deceased) (native allotment AA-7296) (266-1). cc: cnsl |
| 267 - 2 | 03/09/01 | JAV Order granting motion for approval of settlement re: Oleanna Hansen (Native allotment AA-7179) (267-1). cc: cnsl |
| 268 - 2 | 03/09/01 | JAV Order granting motion for approval of settlement re: Alfred M. Jonathan (Native Allotment FF-14438) (268-1). cc: cnsl |
| 269 - 2 | 03/09/01 | JAV Order granting motion for approval of settlement re: Mary Yukluk (Native Allotment AA-7775 (269-1). cc: cnsl |
| 270 - 1 | 03/21/01 | DEF 1 motion for approval of settlement re: Simeon Johnson (deceased) (Native Allotment AA-7845, Parcel C) w/att exhs. |
| 271 - 1 | 03/21/01 | DEF 1 motion for approval of settlement re: Gust Tunguing, Sr INative Allotment AA-7857, Parcels A and B) w/att exhs. |
| 272 - 1 | 03/21/01 | DEF 1 motion for approval of settlement re: Christine Thorson (deceased) (Native Allotmet A-0579446, Parcel C) w/att exhs. |
| 273 - 1 | 03/21/01 | DEF 1 motion for approval of settlement re: Earl Westcoast (deceased) (Native Allotment A-054494, Parcel B) w/att exhs. |
| 274 - 1 | 03/21/01 | DEF 1 motion for approval of settlement re; Efftikia Ishnook (Native Allotment AA-7806, Parcels C and D) w/att exhs. |
| 270 - 2 | 03/23/01 | JAV Order granting motion for approval of settlement re: Simeon Johnson (deceased) (Native (270-1). cc: cnsl |
| 271 - 2 | 03/23/01 | JAV Order granting motion for approval of settlement re: Gust Tunguing, Sr INative Allotment (271-1). cc: cnsl |
| 272 - 2 | 03/23/01 | JAV Order granting motion for approval of settlement re: Christine Thorson (deceased) (Native (272-1). cc: cnsl |
| 273 - 2 | 03/23/01 | JAV Order granting motion for approval of settlement re: Earl Westcoast (deceased) (Native (273-1). |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                "ETHEL AGUILAR ET AL V USA"

                                    For all filing dates


 Document #    Filed       Docket text

   274 -  2   03/23/01    JAV Order granting motion for approval of settlement re; Efftikia
                          Ishnook (Native Allotment (274-1).   cc: cnsl

   275 -  1   03/26/01    DEF 1 motion for approval of settlement re: Linda Ishnook w/att exhs.

   275 -  2   03/27/01    JAV Order granting motion for approval of settlement re: Linda Ishnook
                          (275-1).  cc: cnsl

   276 -  1   04/03/01    DEF 1 motion for approval of settlement re: Alfred Linn Sr (native
                          allotment F-18798)

   276 -  2   04/09/01    JAV Order granting motion for approval of settlement re: Alfred Linn Sr
                          (276-1).  cc: cnsl

   277 -  1   05/11/01    DEF 1 motion for approval of settlement re: Robert G. Heyano (Native
                          Allotment AA-7685, parcel A) w/att exh.

   278 -  1   05/11/01    DEF 1 motion for approval of settlement re: Clarence Smelcer, Jr.
                          (Native Allotment F-17456, Parcel B).

   277 -  2   05/16/01    JAV Order granting motion for approval of settlement re: Robert G.
                          Heyano (Native Allotment AA-7 (277-1).  cc: cnsl

   278 -  2   05/16/01    JAV Order granting motion for approval of settlement re: Clarence
                          Smelcer, Jr. (Native Allotment (278-1).  cc: cnsl

   279 -  1   06/13/01    DEF 1 motion for approval of settlement re: Viginia Moore (Deceased)
                          (Native Allotment F-14473, Parcel D) w/att exh.

   280 -  1   06/13/01    DEF 1 motion for approval of settlement re: Oscar Isaac (Deceased)
                          (Native Allotment F-12547, Parcel B) w/att exh.

   281 -  1   06/13/01    DEF 1 motion for approval of settlement re: Doris Kich (Deceased)
                          (Native Allotment AA-7804) w/att exh.

   282 -  1   06/13/01    DEF 1 motion for approval of settlment re: Palescovia Johnson (Native
                          Allotment AA-7812, Parcel C) w/att exh.

   283 -  1   06/13/01    DEF 1 motion for approval of settlement re Frank Alexander (Deceased)
                          (Native Allotment F-013296, Parcel B) w/att exh.

   279 -  2   06/18/01    JAV Order granting motion for approval of settlement re: Viginia Moore
                          (Deceased) (279-1).  cc: cnsl

   280 -  2   06/18/01    JAV Order granting motion for approval of settlement re: Oscar Isaac
                          (Deceased) (280-1).  cc: cnsl

   281 -  2   06/18/01    JAV Order granting motion for approval of settlement re: Doris Kich
                          (Deceased) (281-1).  cc: cnsl

   282 -  2   06/18/01    JAV Order granting motion for approval of settlment re: Palescovia
                          Johnson (282-1).  cc: cnsl

   283 -  2   06/18/01    JAV Order granting motion for approval of settlement re Frank Alexander
                          (Deceased) (283-1).  cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
"ETHEL AGUILAR ET AL V USA"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 284 - 1 | 07/19/01 | Motion for approval of settlement re: Eddie Aknayuke (Native Allotment AA-7472, Parcels A and B). |
| 284 - 2 | 07/25/01 | JAV Order granting motion for approval of settlement re: Eddie Aknayuke (Native Allotment AA-747 (284-1). cc: cnsl |
| 285 - 1 | 01/02/02 | DEF 1 motion for approval of settlement re: W. Buck w/att exhs. |
| 285 - 2 | 01/03/02 | JAV Order granting motion for approval of settlement re: W. Buck (285-1). cc: cnsl |
| 286 - 1 | 01/22/02 | DEF 1 Notice to the court regarding implemenation of settlement agreement. |
| 287 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re Wassillie Etuckmelra (AA-7287) |
| 288 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re Nick Dancer (AA-7178) |
| 289 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re Evan McCarr (AA-7848) |
| 290 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re Daniel Johansen (AA-7599) |
| 291 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re R. Charles Ketzler (F-13210) |
| 292 - 1 | 07/23/02 | DEF 1 motion for approval of settlement re Alexie Gust (AA-6396) |
| 287 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re Wassillie Etuckmelra (AA-7287) (287-1). cc: cnsl |
| 288 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re Nick Dancer (AA-7178) (288-1). cc: cnsl |
| 289 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re Evan McCarr (AA-7848) (289-1). cc: cnsl |
| 290 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re Daniel Johansen (AA-7599) (290-1). cc: cnsl |
| 291 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re R. Charles Ketzler (F-13210) (291-1). cc: cnsl |
| 292 - 2 | 07/24/02 | JAV Order granting motion for approval of settlement re Alexie Gust (AA-6396) (292-1). cc: cnsl |
| 293 - 1 | 07/25/02 | DEF 1 motion for approval of settlement re Evan Chocknok (AA-8840) |
| 294 - 1 | 08/06/02 | DEF 1 motion for approval of settlement re Natalia A. Wassilliey (AA-7191) |
| 293 - 2 | 08/08/02 | JAV Order granting motion for approval of settlement re Evan Chocknok (AA-8840) (293-1). cc: cnsl |
| 294 - 2 | 08/12/02 | JAV Order granting motion for approval of settlement re Natalia A. Wassilliey (AA-7191) (294-1). cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 295 - 1 | 08/19/02 | DEF 1 motion for approval of settlement re Hilda Curtis (AA-7723) |
| 295 - 2 | 08/21/02 | JAV Order granting motion for approval of settlement re Hilda Curtis (AA-7723) (295-1). cc: cnsl |
| 296 - 1 | 10/15/02 | DEF 1 motion for approval of settlement re Joseph Tegoseak, (#F14414) |
| 296 - 2 | 10/17/02 | JAV Order granting motion for approval of settlement re Joseph Tegoseak, (#F14414) (296-1). cc: cnsl |
| 297 - 1 | 10/31/02 | DEF 1 motion for approval of settlement (Gilbert Ketzler, F-15561) |
| 297 - 2 | 11/04/02 | JAV Order granting motion for approval of settlement (Gilbert Ketzler, F-15561) (297-1). cc: cnsl |
| 298 - 1 | 12/04/02 | DEF 1 motion for approval of settlement (Ester Hayward, allotment F-16317) |
| 298 - 2 | 12/05/02 | JAV Order granting motion for approval of settlement (Ester Hayward, allotment F-16317) (298-1). cc: cnsl |
| 299 - 1 | 12/11/02 | DEF 1 motion for approval of settlement re Walter Charles (allotment F-12146) |
| 299 - 2 | 12/16/02 | JAV Order granting motion for approval of settlement re Walter Charles (allotment F-12146) (299-1). cc: cnsl |
| 300 - 1 | 02/11/03 | DEF 1 motion for approval of settlement re William Burk Jr (allotment F-12079) |
| 300 - 2 | 03/03/03 | JAV Order granting motion for approval of settlement re William Burk Jr (allotment F-12079) (300-1). cc: cnsl |
| 301 - 1 | 06/16/03 | DEF 1 motion for approval of settlement re William Hurley Sr (allotment AA-7660) |
| 301 - 2 | 06/18/03 | JAV Order granting motion for approval of settlement re William Hurley Sr (allotment AA-7660) (301-1). cc: cnsl |
| 302 - 1 | 06/30/03 | DEF 1 motion for approval of settlement re Nancy Green (F-15610) |
| 302 - 2 | 07/01/03 | JAV Order granting motion for approval of settlement re Nancy Green (F-15610) (302-1). cc: cnsl |
| 303 - 1 | 07/01/03 | DEF 1 motion for approval of settlement re Maxie Wassillie (#A-52454) |
| 303 - 2 | 07/02/03 | JAV Order granting motion for approval of settlement re Maxie Wassillie (#A-52454) (303-1). cc: cnsl |
| 304 - 1 | 07/02/03 | DEF 1 motion for approval of settlement re Alfred Hansen Sr (#AA-7482) |
| 304 - 2 | 07/03/03 | JAV Order granting motion for approval of settlement re Alfred Hansen Sr (#AA-7482) (304-1). cc: cnsl |
| 305 - 1 | 07/07/03 | DEF 1 motion for approval of settlement for Wassillie Petla Sr, AA-7843 |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                  "ETHEL AGUILAR ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 305 - 2 | 07/08/03 | JAV Order granting motion for approval of settlement for Wassillie Petla Sr, AA-7843 (305-1). cc: cnsl |
| 306 - 1 | 07/21/03 | DEF 1 motion for approval of settlement for Alice E. Brown AA-5974. |
| 306 - 2 | 07/23/03 | JAV Order granting motion for approval of settlement for Alice E. Brown AA-5974 (306-1). cc: cnsl |
| 307 - 1 | 03/02/04 | DEF 1 motion for approval of settlement re: T. Bavilla, Sr. w/att exhs. |
| 307 - 2 | 03/05/04 | JAV Order granting motion for approval of settlement re: T. Bavilla, Sr. (307-1). cc: cnsl |
| 308 - 1 | 09/20/04 | DEF 1 motion for approval of settlement re: Stephen Albert Matthew (Native Allotment F-14543, Parcel A). |
| 309 - 1 | 09/20/04 | DEF 1 motion for approval of settlement re: Nora Laura Sanford (Native Allotment FF-12554, Parcel D). |
| 308 - 2 | 09/21/04 | JAV Order granting motion for approval of settlement re: Stephen Albert Matthew (Native Allotment F-14543, Parcel A) (308-1). cc: cnsl |
| 309 - 2 | 09/21/04 | JAV Order granting motion for approval of settlement re: Nora Laura Sanford (Native Allotment FF-12554, Parcel D) (309-1). cc: cnsl |
| 310 - 1 | 02/24/05 | DEF 1 motion for approval of settlement re: Heirs of Katherine Engstrom w/att exhs. |
| 311 - 1 | 02/24/05 | DEF 1 motion for approval of settlement re: Mary Clayton Paddock w/att exhs. |
| 310 - 2 | 03/03/05 | JAV Order granting motion for approval of settlement re: Heirs of Katherine Engstrom (310-1). cc: cnsl |
| 311 - 2 | 03/03/05 | JAV Order granting motion for approval of settlement re: Mary Clayton Paddock (311-1). cc: cnsl |
| 312 - 1 | 03/30/05 | DEF 1 motion for approval of settlement w/att exh. |
| 312 - 2 | 03/31/05 | JAV Order granting motion for approval of settlement (312-1). cc: cnsl |
| 313 - 1 | 06/02/05 | DEF 1 Motion for Approval of Settlement w/att. |
| 313 - 2 | 06/03/05 | JAV Order granting motion for Approval of Settlement (313-1). cc: cnsl |
| 314 - 1 | 07/22/05 | DEF 1 motion for Approval of Settlement re: Bernice Crandall; w/attached exhibit. |
| 314 - 2 | 07/22/05 | JAV Order granting motion for Approval of Settlement re: Bernice Crandall (314-1). |
| 315 - 1 | 09/14/05 | DEF 1 motion for Approval of Settlement re Gertha Dahl Stevens. |
| 315 - 2 | 09/15/05 | JAV Order granting motion for Approval of Settlement (315-1) re Gertha Dahl Stevens. cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A76-0271--CV (JAV)
                                  "ETHEL AGUILAR ET AL V USA"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 316 - 1 | 11/07/05 | DEF 1 Motion For Approval of Settlement re Gust Tugatuk. |
| 316 - 2 | 11/14/05 | JAV Order granting motion For Approval of Settlement (316-1) re Gust Tugatuk.  cc: cnsl |