BOOK 0334 PAGE 543



# United States Department of the Interior
## OFFICE OF HEARINGS AND APPEALS
2020 Hurley Way, Suite 150
SACRAMENTO, CA  95825

| | |
|---|---|
| IN THE MATTER OF THE LAST WILL AND TESTAMENT OF | PROBATE NO. IP SA 187N 87 |
| ANATOLE FREDERICK JOHANSEN, SR. | ORDER APPROVING WILL AND DECREE OF DISTRIBUTION |
| DECEASED KENAITZE ATHABASCAN | |

## FINDINGS AND CONCLUSIONS

The matter of the last will and testament of Anatole F. Johansen, dated July 9, 1984 coming on for hearing at Anchorage, Alaska on September 25, 1987, the following findings of fact and conclusions of law are made:

Anatole Johansen, Sr. died on March 29, 1987 at the age of 72 years.

Anatole Johansen, Sr. died testate and the evidence establishes that the last will and testament was properly made and executed and that he had testamentary capacity. Accordingly, it should be approved.

## ORDER

NOW, THEREFORE, by virtue of the power and authority vested in the Secretary of the Interior by section 2 of the act of June 25, 1910, 36 Stat. 855, 25 USC 373, and other applicable statutes, and pursuant to 43 CFR, Part 4, I HEREBY ORDER, ADJUDGE, AND DECLARE that:

The last will and testament of Anatole F. Johansen, Sr., dated July 9, 1984 be, and the same is, hereby approved.

The Superintendent of the Anchorage Agency shall cause a distribution to be made of the trust estate in accordance with the said last will and testament, as follows:

TO: WINNIE M. MERCURIO, daughter, Athabascan, born 12/27/48,
JESSE J. MERCURIO, grandson, Native, born 10/25/76,
BONNIE HAVILAND WIK, friend, Non-Native, born 08/22/43,
That part of the testator's Native allotment described in Paragraph SECOND of the will in equal, undivided shares of 1/3 (one-third) each;

TO: GEORGE MILLER, JR., friend, Native, born 05/26/19,
That part of the testator's Native allotment described in Paragraph THIRD of the will together with easement described therein for his life, the remainder over to his "heirs" designated in Paragraph SECOND. The testator's intent is interpreted to be that he intended the remaindermen to be Winnie M. Mercurio, Jesse J. Mercurio, and Bonnie Haviland Wik.

No claims were filed against the estate.

KENAI RECORDING DISTRICT

EXHIBIT 2
Page 1 of 2

BOOK 0334 PAGE 544

Estate of Anatole F. Johansen, Sr.
Probate No. IP SA 187N 87

This decision is final for the Department unless a petition for rehearing is timely filed in accordance with 43 CFR 4.241 within 60 days from the date hereof as set forth in the notice attached hereto.

Dated at Sacramento, California, on **FEB 26 1988**

*William E Hammett*
William E. Hammett
Administrative Law Judge

Winnie M. Mercurio *Johansen*, ~~Star Route 2, Box 550, Soldotna, AK 99669,~~ for herself and for → PO Bx 804 Occidental, CA 95465
 Jesse J. Mercurio, a minor
Bonnie Wik, Box 4463 Kenai, AK 99611
George Miller, Jr., Box 512, Kenai, AK 99611

RECORDED BUREAU OF INDIAN AFFAIRS
1988 JUN 23 AM 11:15
TITLE PLANT
ANCHORAGE, ALASKA

EXHIBIT 2
Page 2 of 2