BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
Fax (907) 271-5827
bruce.landon@usdoj.gov
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) Plaintiffs, ) | Case No. A76-271-CV (JAV) |
| ) v. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) Defendant. ) | PROPOSED ORDER |
| _____) | |

The Motion for Approval of Settlement (Docket Entry No. 317) for Anatole Johansen (Deceased), (Native Allotment AA-5936) is GRANTED and the settlement is hereby approved.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

JUDGE JAMES A. VON DER HEYDT
U.S. DISTRICT COURT JUDGE

Proposed Order                    -1-