BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
Fax (907) 271-5827
bruce.landon@usdoj.gov
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. A76-271-CV (JAV) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | NOTICE OF SUBMISSION |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States hereby gives notice of submission of the Proposed Order for Docket Entry No. 317.

                                      Respectfully Submitted,

DATED:  January 6, 2006    /s/ Bruce M. Landon
                                        BRUCE M. LANDON
                                        Department of Justice
                                        Environment & Natural Resources
                                            Division
                                        801 B Street, Suite 504
                                        Anchorage, Alaska  99501-3657
                                        Phone:(907) 271-5452
                                        Facsimile: (907) 271-5827
                                        bruce.landon@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6TH day of January, 2006 the foregoing Notice of Submission w/Proposed Order was served via electronic mail to the following:

Alaska Legal Services Corp., John Baker

/s/ Bruce M. Landon

MOTION FOR APPROVAL
OF SETTLEMENT                                -1-