BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:76-cv-271 (JAV) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

The Motion for Approval of Settlement for Jake Ivanoff, (Native Allotment AA-47908) is GRANTED and the settlement is hereby approved.

DATED this 18 day of April, 2006 at Anchorage, Alaska.

JUDGE JAMES A. VON DER HEYDT
U.S. DISTRICT COURT JUDGE

Proposed Order                                    -1-