BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:76-cv-271 (JAV)<br><br><br>PROPOSED ORDER |

　　The Motion for Approval of Settlement for Gregory Chunak (Native Allotment AA-6387, Parcel A) is GRANTED and the settlement is hereby approved.

　　DATED this ___ day of _____, 2006 at Anchorage, Alaska.



　　　　　　　　　　　　　　　　　　JUDGE JAMES A. VON DER HEYDT
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE