BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone:(907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:76-cv-271 (JAV) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | MOTION FOR APPROVAL |
| ) | OF SETTLEMENT |
| Defendant. ) | |
| _____) | |

By Order dated February 7, 1983, this court approved the Stipulated Procedures for Implementation of this court's July 31, 1979 Order that the Department of the Interior adjudicate the substantive claims of the plaintiffs in this class action to land patented to the State of Alaska.  Paragraphs 11 and 12 of those stipulated procedures provide:

> 11.  If at any time the State is willing to convey a portion of the allotment, or the entire allotment subject to reservations, in settlement of the applicant's claim and tenders a valid and appropriate deed, the Solicitor's Office will forward the offer to the applicant and coordinate the settlement. Counseling for the applicant will be available from the BIA.  Provided, this paragraph shall not apply to any application which would be determined invalid for legal defects as described in paragraph.

      12. If after counseling, the applicant wishes to accept the settlement, a settlement agreement will be drawn up and submitted to the court for approval. Acreage received by the applicant shall be credited to the State entitlement under which the land was originally conveyed.

The Bureau of Land Management, the Bureau of Indian Affairs, the State of Alaska, the applicant and all the heirs of the individual applicant[s] (after counseling by the Bureau of Indian Affairs) have agreed to the settlements and release agreements attached hereto for the allotment application of:

**Gregory Chunak**
**(Native Allotment AA-6387, Parcel B)**

Accordingly, the United States moves for an Order and final partial judgment approving the above-listed settlements.

                                Respectfully Submitted,

DATED: May 10, 2006                /s/ Bruce M. Landon
                                         BRUCE M. LANDON
                                         Department of Justice
                                         Environment & Natural Resources
                                            Division
                                         801 B Street, Suite 504
                                         Anchorage, Alaska  99501-3657
                                         Phone:(907) 271-5452
                                         Facsimile: (907) 271-5827
                                         bruce.landon@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10TH day of May, 2006 the foregoing Motion for Settlement Approval and Proposed Order was served via electronic mail to the following:

Alaska Legal Services Corp., John Baker

/s/ Bruce M. Landon

MOTION FOR APPROVAL
OF SETTLEMENT                         -2-