

2006-000052-0
Recording Dist: 320 - Iliamna
2/27/2006 2:49 PM Pages: 1 of 7

ALASKA

# SETTLEMENT AND RELEASE
BLM Serial No. AA-6387, Parcel B
ADL 227349

This Settlement and Release is entered into by and between the United States Department of the Interior, Bureau of Land Management (BLM), the Bureau of Indian Affairs (BIA), the State of Alaska (the State), and **Gregory Chunak** (applicant). In consideration of the mutual benefits stated below, the parties agree as follows:

1. The applicant filed a timely application for a Native Allotment pursuant to the Alaska Native Allotment Act of May 17, 1906, 43 U.S.C. 270-1 et seq. The land for which the applicant intended to apply is more particularly described as follows:

   U. S. Survey No. 7671, Alaska, containing 79.97 acres, more or less, according to the survey plat accepted by the United States Department of the Interior, Bureau of Land Management in Anchorage, Alaska on June 4, 1999, and officially filed on June 16, 1999.

2. Legal title to Section 14, Township 2 South, Range 42 West, Seward Meridian was conveyed by the United States to the State of Alaska pursuant to Section 6 (b) of the Alaska Statehood Act of July 7, 1958, 72 Stat. 339-343, as amended, under State selection application GS 2115 filed January 21, 1972 (BLM serial number AA-06849) and by Tentative Approval on June 13, 1975.

3. The applicant has alleged that he commenced use and occupancy of the land prior to the time that the State filed its application for conveyance of the same land with the Department of the Interior. If this allegation is proven true, the applicant is a member of the plaintiff class in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979), and will be entitled to relief pursuant to this court's July 31, 1979 Opinion and the Stipulated Procedures for Implementation of Order (Stipulated Procedures) dated February 9, 1983.

4. The BLM has determined that the applicant's Native allotment application is not invalid for reason of any legal defects as described in Aguilar Stipulation No. 1 of the Stipulated Procedures.

AA-6387, Parcel B
ADL 227349
Page 2 of 7

5. The State agrees to quitclaim the land in paragraph 1 to the United States pursuant to AS 38.05.035(b)(9) for reconveyance to the applicant under the Alaska Native Allotment Act, subject to the following relinquishments, easements, reservations, exceptions and restrictive covenants:

   (a) An easement, twenty-five (25) feet in width, for pedestrian-only public access, upland, abutting and running in common with the ordinary high water mark along Dixie Creek within U. S. Survey No. 7671 as authorized by AS 38.05.127.

   (b) all valid existing rights, if any.

6. The applicant agrees that the land description in paragraph 1 is accurate and forever waives whatever right he may have to amend the legal description, including an amendment pursuant to Section 905(c) of the Alaska National Interest Lands Conservation Act, 43 U.S.C. 1634(c).

7. The BLM agrees to convey the land described in paragraph 1 to Gregory Chunak as his Native allotment and to credit the State's acreage entitlement under Section 6(b) of the Alaska Statehood Act of July 7, 1958 (72 Stat. 339) with the amount of acres quitclaimed to it by the State pursuant to this Settlement and Release.

8. The BLM, the BIA, and the applicant hereby waive and release the State from any and all claims they may have against the State arising from its ownership, use, development, operations on or under, or maintenance of the land prior to the date that the quitclaim deed is issued.

9. The BLM, the BIA, the applicant, and the State agree that this Settlement and Release, as implemented, satisfies any and all obligations or liability that the BLM and the State may have to the applicant under the Opinion in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979) and the Stipulated Procedures, and the BLM, the BIA, and the applicant hereby waives any right to bring an action against the State for the recovery of title to any further interest in lands based on a Native allotment claim of the applicant.

10. The applicant acknowledges that he has received counseling from the BIA/Tribal Contractor with regard to the precise terms of this Settlement and Release. The applicant further acknowledges that he has been represented or has been given the opportunity to be represented by legal counsel throughout the course of negotiations, which led to the execution of the Settlement and Release. The applicant desires to enter into this Settlement and Release, being fully informed of its terms, contents, and effect.



AA-6387, Parcel B
ADL 227349
Page 3 of 7

11. The BLM, the BIA, the applicant, and the State intend the terms of this Settlement and Release to be binding upon the applicant, applicant's heir/heirs, administrators, executors, successors, and assigns forever.

14. The BLM, the BIA, the applicant and the State desire to reach a full and final compromise, settlement, and release of all matters arising out of the facts described above.

**IN WITNESS WHERE OF, the parties have signed this Settlement and Release below**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*LAST ITEM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE: 12/13/05                              by: _Gregory Chunak_
                                                 Gregory Chunak (applicant)


STATE OF ALASKA  )
                 ) ss.
3rd Judicial District )


THIS IS TO CERTIFY that on this 13th day of December, 2005, before me appeared Gregory Chunak known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.



_Gusty R. Chythlook_
Notary Public for the State of Alaska
My Commission Expires: 4/8/08

AA-6387, Parcel B
ADL 227349
Page 5 of 7

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Indian Affairs

DATED: 1-18-2006

By: Rox M. Brady

title: Acting Superintendent

STATE OF ALASKA    )
                   ) ss.
3rd Judicial District )

THIS IS TO CERTIFY that on this 18th day of January, 2006, before me appeared Rose M Brady of the Bureau of Indian Affairs of the Department of the Interior of the United States of America, who executed the Settlement and Release and acknowledged voluntarily signing the same.

NOTARY — • — PUBLIC
JOSEPH W. PLEASANT
STATE OF ALASKA

Notary Public for the State of Alaska
My Commission Expires: 5/22/08

5 of 7
2006-000052-0

AA-6387, Parcel B
ADL 227349
Page 6 of 7

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Land Management

DATED: 2/1/2006                             by: _____

                                            Title: Branch Chief

STATE OF ALASKA )
                ) ss.
Third Judicial District )

THIS IS TO CERTIFY that on this 1st day of February, 2006, before me appeared Richard Thwaites of the Bureau of Land Management of the Department of the Interior of the United States of America, who executed the Settlement and Release and acknowledged voluntarily signing the same.

_____
Notary Public for the State of Alaska
My Commission Expires: 3/7/2009

AA-6387, Parcel B
ADL 227349
Page 7 of 7

STATE OF ALASKA
Department of Natural Resources
Division of Mining, Land and Water

by: *Sandra J. Singer*
Sandra J. Singer for
Richard H. Mylius, Acting Director

STATE OF ALASKA )
                 ) ss.
Third Judicial District )

THIS IS TO CERTIFY that on this __24th__ day of __February__, __2006__, before me appeared __Sandra J. Singer__ for the Director, Division of Mining, Land and Water of the Department of Natural Resources of the State of Alaska, who executed the Settlement and Release and acknowledged voluntarily signing the same.

Notary Public for the State of Alaska
My Commission Expires: with office

Return recorded document to:

Alaska Department of Natural Resources
Division of Mining, Land and Water
Realty Services Section
550 W. 7th Avenue, Suite 1050 A
Anchorage, Alaska 99503-3579

**Location Index:**
U.S. Survey 7671
Section 14, T. 2 S., R. 42 W., S. M.

7 of 7
2006-000052-0