BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ETHEL AGUILAR, et al., | ) | |
| Plaintiffs, | ) | Case No. 3:76-cv-271 (JAV) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | ORDER |

    The Motion for Approval of Settlement for Gregory Chunak (Native Allotment AA-6387, Parcel B) is GRANTED and the settlement is hereby approved.

    DATED this Seventeenth day of May 2006 at Anchorage, Alaska.

                                      /s/ James A. von der Heydt
                                      JUDGE JAMES A. VON DER HEYDT
                                      U.S. DISTRICT COURT JUDGE