DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone:(907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ETHEL AGUILAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:76-cv-271 (JAV) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice is given that DEAN K. DUNSMORE appears in this action on behalf of the defendant United States in substitution for Bruce M. Landon of this office. The address and phone numbers for counsel for the United States remain the same.

                                          Respectfully Submitted,

DATED: August 8, 2007      /s/ Dean K. Dunsmore
                                      DEAN K. DUNSMORE
                                      Department of Justice
                                      Environment & Natural Resources
                                          Division
                                      801 B Street, Suite 504
                                      Anchorage, Alaska  99501-3657
                                      Phone:(907) 271-5452
                                      Facsimile: (907) 271-5827
                                      dean.dunsmore@usdoj.gov

Aguilar v. USA, et al.,
Case No. 3:76-cv-0271
Substitution of Counsel       1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August, 2007 the foregoing Substitution of Counsel was served by electronic mail to the following:

Alaska Legal Services Corp., John Baker


/s/ Dean K. Dunsmore
------------------------

Aguilar v. USA, et al.,
Case No. 3:76-cv-0271
Substitution of Counsel            2