

**2007-012640-0**

Recording Dist: 401 - Fairbanks
6/11/2007  3:24 PM  Pages: 1 of 11

A
L
A
S
K
A

# THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR THE RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

## <u>DO NOT DETACH</u>



**Return Recorded Document to:**
**Attention:  Carl Brupbacher**
**Alaska Department of Natural Resources**
**Division of Mining, Land and Water**
**Realty Services Section**
**550 W. 7th Ave., Suite 1050A**
**Anchorage, Alaska 99501-3579**

**"STATE BUSINESS-NO CHARGE"**

SETTLEMENT AND RELEASE
BLM Serial No. F-033943
ADL No. 417697

This Settlement and Release is entered into by and between the United States Department of the Interior, Bureau of Land Management (BLM), the Bureau of Indian Affairs (BIA), the State of Alaska (the State), and the heirs to Martha Byrum, (applicant). In consideration of the mutual benefits stated below, the parties agree as follows:

1. The applicant filed a timely application for a Native Allotment pursuant to the Native Allotment Act of May 17, 1906, 43 U.S.C. 270-1 et seq. The land for which the applicant intended to apply is more particularly described as follows:

> Lot 3, within Section 12, and the SW1/4NE1/4, E1/2NW1/4 within Section 13, Township 18 North, Range 11 East, Copper River Meridian, Alaska as shown on the supplemental survey plat of Section 12 accepted by the United States Department of the Interior, Bureau of Land Management, in Washington, D.C., on October 20, 1970, and the supplemental survey plat of Section 13 accepted by the United States Department of the Interior, Bureau of Land Management, in Anchorage, Alaska, on December 4, 1995, and officially filed on December 22, 1995, containing 128.91 acres, more or less.

2. Legal title to the land was conveyed by the United States to the State pursuant to the Alaska Statehood Act of July 7, 1958, 72 Stat. 339, under State selection application F-024800 (GS 110) on February 2, 1960 and Patented on November 20, 1963.

3. The applicant has alleged that she commenced use and occupancy of the land prior to the time that the State filed its application for conveyance of the same land with the Department of the Interior. If this allegation is proven true, the applicant is a member of the plaintiff class in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979), and will be entitled to relief pursuant to this court's July 31, 1979 Opinion and the Stipulated Procedures for Implementation of Order (Stipulated Procedures) dated February 9, 1983.

4. The BLM has determined that the applicant's allotment application is not invalid for reason of any legal defects as described in Aguilar Stipulation No. 1 of the Stipulated Procedures.

5. The State agrees, pursuant to AS 38.05.020(b)(9) and to the State's Best Interest Finding, to quitclaim the land in paragraph 1 to the United States for reconveyance to the heirs as the applicant's Native allotment under the Alaska Native Allotment Act, subject to the following relinquishments, easements, reservations, exceptions and restrictive covenants:

2 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 2 of 10

(a) An easement for highway purposes, including appurtenant, protective, scenic and service areas, extending one hundred and fifty (150) feet on each side of the centerline of the Alaska Highway, as established by Public Land Order Number 1613, dated April 7, 1958 and transferred to the State of Alaska pursuant to the Alaska Omnibus Act, Public Law 86-70 (73 Stat.141) on June 30, 1959 as such, this easement is excluded from reconveyance of F-033943;

(b) an easement fifty (50) feet in width, abutting, north of and running east-west along the surveyed section line in common with Sections 12 and 13 of T. 18 N., R. 11 E., Copper River Meridian, Alaska, for use as a public highway and for public utilities as established by AS 19.10.010;

(c) an easement fifty (50) feet in width, abutting, south of and running east-west along the surveyed section line in common with Sections 12 and 13 of T. 18 N., R. 11 E., Copper River Meridian, Alaska, for use as a public highway and for public utilities as established by AS 19.10.010;

(d) all valid existing rights, if any.

6. The applicant's heirs agree that the land description in paragraph No. 1 is accurate and forever waives whatever right they may have to amend the legal description, including an amendment pursuant to Section 905(c) of the Alaska National Interest Lands Conservation Act, 43 U.S.C. 1634(c).

7. The BLM agrees to convey the land described in paragraph No. 1 to the heirs of the applicant as her Native allotment and will credit the State's acreage entitlement under Section 6(b) of the Alaska Statehood Act of July 7, 1958 (72 Stat. 339).

8. The BLM, the BIA, and the heirs hereby waive and release the State from any and all claims they may have against the State arising from the State's ownership, use, development, operations on or under, or maintenance of the land prior to the date that the quitclaim deed is issued.

9. The BLM, the BIA, the heirs and the State agree that this Settlement and Release, as implemented, satisfies any and all obligations or liability that the BLM or the State may have to the applicant under the Opinion in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979) and the Stipulated Procedures in the above referenced parcel. The BLM, the BIA, and the heirs hereby waive any right to bring an action against the State for the recovery of title to any further interest in the above referenced allotment parcel based on a Native allotment claim of the applicant.

3 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 3 of 10

10. The heirs acknowledge that they have received counseling from the BIA/Tribal Contractor with regard to the precise terms of this Settlement and Release. The heirs further acknowledge that they have been represented by legal counsel throughout the course of negotiations that led to the execution of the Settlement and Release. The heirs desire to enter into this Settlement and Release, being fully informed of its terms, contents, and effect.

11. The BLM, the BIA, the heirs and the State intend the terms of this Settlement and Release to be binding upon the applicant's heirs, administrators, executors, successors, and assigns forever.

12. The BLM, the BIA, the heirs and the State desire to reach a full and final compromise, settlement, and release of all matters arising out of the facts described above.

**IN WITNESS WHERE OF, the parties have signed this Settlement and Release below**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*LAST ITEM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


4 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 6 of 10

DATED: _11-20-07_

_Margaret Byrum_
Margaret Byrum (heir to Martha Byrum)

STATE OF ALASKA)
                 ) ss.
3rd Judicial District)

THIS IS TO CERTIFY that on this _21_ day of _April_ ,_2007_, before me appeared _Margaret Byrum_ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.

Notary Public for the State of Alaska
My Commission Expires: __My Commission Expires November 3, 2008__

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 7 of 10


DATED: _Jan 27, 07_                          _Donna L Pulliam_
                                             Donna Pulliam (heir to Martha Byrum)


STATE OF ALASKA )
                ) ss.
___ Judicial District)


THIS IS TO CERTIFY that on this _27_ day of _Jan_____, _2007_, before me appeared __Donna Pulliam_____ ————— known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.



                              Notary Public for the State of Alaska
                              My Commission Expires:___ My Commission Expires
                                                        August 26, 2008

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 4 of 10

DATED: ___2-8-07___                         

                                    Barbara Critchett (heir to Martha Byrum)

STATE OF ALASKA )
                       ) ss.
_3rd_ Judicial District )

THIS IS TO CERTIFY that on this __8th__ day of __February__ , __2007__ , before
me appeared __Barbara Critchett__ known to me to be the
person named herein and who executed the Settlement and Release and acknowledged
voluntarily signing the same.

_____
Notary Public for the State of Alaska
My Commission Expires: __1-11-08__

7 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 5 of 10

DATED: 2/22/07

_David E. Byrum_
David Byrum (heir to Martha Byrum)

STATE OF ALASKA)
             ) ss.
3rd Judicial District)

THIS IS TO CERTIFY that on this 22nd day of February , 2007, before me appeared David E. Byrum known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.



_Mary Rice_
Notary Public for the State of Alaska
My Commission Expires: 12/21/2009

8 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 8 of 10

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Indian Affairs

DATED: _5|15|07_                          by: _Kuulson_

                                          title: Kathy B. Wilson, Superintendent
                                                 Fairbanks Agency - BIA

STATE OF ALASKA )
                        ) ss.
_4th_ Judicial District )


THIS IS TO CERTIFY that on this _15_ day of _May_ , _2007_ , before me appeared
_____ Kathy B. Wilson, Superintendent _____ of the Bureau of Indian Affairs of the
Department of the Interior of the United States of America, who executed the Settlement and
Release and acknowledged voluntarily signing the same.


_____Pesley DeWilde_____
Notary Public for the State of Alaska
My Commission Expires: _12/01/09_

9 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 9 of 10

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Land Management

DATED: _5/29/2007_

by: _Richard Thwaites_
Acting Branch Chief of
title: _Preparation and Resolution_

STATE OF ALASKA )
                              ) ss.
3rd Judicial District   )

THIS IS TO CERTIFY that on this _29th_ day of _May_, _2007_, before me appeared
_Richard Thwaites_ of the Bureau of Land Management of
the Department of the Interior of the United States of America, who executed the Settlement and
Release and acknowledged voluntarily signing the same.

ROBIN RODRIGUEZ
NOTARY PUBLIC
STATE OF ALASKA

Notary Public for the State of Alaska
My Commission Expires: _3/7/2009_

10 of 11
2007-012640-0

Settlement & Release Agreement
ADL 417697 Martha Byrum
Page 10 of 10

STATE OF ALASKA
Department of Natural Resources
Division of Mining, Land and Water

DATED: 6 June, 2007

by: _____
Sandra J. Singer for
Richard H. Mylius, Acting Director

STATE OF ALASKA )
                 ) ss.
3rd Judicial District )

THIS IS TO CERTIFY that on this __6__ day of __June__, 2007, before me appeared __Sandra J. Singer__ for the Director, Division of Mining, Land and Water of the Department of Natural Resources of the State of Alaska, who executed the Settlement and Release and acknowledged voluntarily signing the same.



_____
Notary Public for the State of Alaska
My Commission Expires with Office

Please return recorded document to:

Attention: Deborah Knapp
Alaska Department of Natural Resources
Division of Mining, Land and Water
Realty Services Section
550 W. 7th Ave., Suite 1050A
Anchorage, Alaska 99501-3579

**Location Index:**

**Sections 12 and 13, T. 18 N., R. 11 E., C.R.M.**

11 of 11
2007-012640-0