Fairbanks Recording District



## United States Department of the Interior
### OFFICE OF HEARINGS AND APPEALS
Hearings Division - Indian Probate
139 East South Temple, Suite 600
Salt Lake City, Utah 84111-1159
TELEPHONE (801) 524-5344

IN THE MATTER OF THE ESTATE OF:

Martha L. Byrum

Deceased Athabascan

PROBATE IP SL 188H 00

DECISION

Pursuant to Notice duly served and posted as required at 43 CFR 4.211 and 4.212, hearing in this matter was held at Anchorage, Alaska, on June 13, 2001, to determine the validity of the last will and testament of Martha L. Byrum, deceased Athabascan (Decedent) and to settle her trust and restricted property estate.

Findings and Conclusions based upon the evidence adduced are as follows:

1. Martha L. Byrum whose last residence was in the State of Alaska was born February 1, 1929, and died at Anchorage, Alaska, on October 16, 1999.

2. Decedent was survived by four children.

3. Decedent died possessed of an interest in certain trust or restricted property in the State of Alaska, listed on the inventory attached hereto, and other reporting documents.

4. Had there been no will, decedent's heir(s) at law would be determined in accordance with the statutes of descent of the State of Alaska, ALASKA STAT. § 13.12.103(1), as follows:

| | | | |
|---|---|---|---|
| Donna L. Pulliam | b: 04.03.52 | Daughter | 1/4 |
| Margaret A. Byrum | b: 04.01.54 | Daughter | 1/4 |
| David E. Byrum | b: 07.30.55 | Son | 1/4 |
| Barbara A. Critchett | b: 10.24.60 | Daughter | 1/4 |

5. A court certified copy of the Last Will of the Decedent executed June 7, 1988, has been filed in this proceeding. The will is not self-proving, but has been proved by testimony of three will witnesses. There were no objections to the will. Decedent's will was properly executed and at the time of its execution the decedent possessed testamentary capacity and acted free of undue influence. Accordingly the will should be and hereby is approved. In accordance with its terms, Decedent's interest in and to the estate that is subject to this proceeding shall be distributed as follows:



2 of 5
2001-017051-0

PROBATE IP SL 188H 00

| | | | |
|---|---|---|---|
| Donna L. Pulliam | b: 04.03.52 | Daughter | 1/4 |
| Margaret A. Byrum | b: 04.01.54 | Daughter | 1/4 |
| David E. Byrum | b: 07.30.55 | Son | 1/4 |
| Barbara A. Critchett | b: 10.24.60 | Daughter | 1/4 |

6. Decedent's devisees are Alaska Native and citizens of the United States.

7. No claims have been filed against this estate.

## ORDER

NOW, THEREFORE, by virtue of the power and authority vested in the Secretary of the Interior by Section 1 of the Act of June 25, 1910, as amended, 25 U.S.C. 372 (1970), and other applicable statutes, and pursuant to 43 CFR Part 4, it is hereby ORDERED:

The Superintendent or other officer in charge shall distribute the estate according to the findings and conclusions herein.

This decision is final for the Department unless a petition for rehearing is timely filed in accordance with 43 CFR 4.241, within 60 days from the date hereof as set forth in the notice attached hereto.

Dated at Salt Lake City, Utah, JUN 29 2001

James H. Heffernan
Administrative Law Judge

RECORDED
AK TITLE SERVICES CENTER
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE
01 JUL 19 AM 9:11

3 of 3
2001-017051-0