DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone:(907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al.,          )<br>                                 )<br>            Plaintiffs,          )<br>                                 )<br>     v.                          )<br>                                 )<br>UNITED STATES OF AMERICA,        )<br>                                 )<br>            Defendant.           )<br>_____) | Case No. 3:76-cv-271 (JAV)<br><br><br><br>CORRECTED CERTIFICATE<br>OF SERVICE |

   Service for the Substitution of Counsel (Docket Entry no. 329) and the Motion for Approval of Settlement (Docket Entry no. 330) was corrected and mailed by US Postal Service to Alaska Legal Service Corporation. Service to John Baker was completed by electronic service with the normal generating of electronic mail from filing.

                               Respectfully Submitted,

DATED: August 8, 2007          /s/ Dean K. Dunsmore
                               DEAN K. DUNSMORE
                               Department of Justice
                               Environment & Natural Resources
                                    Division
                               801 B Street, Suite 504
                               Anchorage, Alaska  99501-3657
                               Phone:(907) 271-5452
                               Facsimile: (907) 271-5827
                               dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8TH day of August, 2007 the foregoing Corrected Certificate of Service was served by electronic mail to the following:
    John Baker

and by regular US Postal Service to the Following:
    Alaska Legal Services Corp.,

/s/ Dean K. Dunsmore