DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone:(907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:76-cv-271 (JAV) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | NOTICE OF FILING OF |
| ) | PROPOSED ORDER |
| Defendant. ) | |
| _____) | |

    Please find attached the Proposed Order for the Motion for Approval of Settlement (Docket Entry No. 330) filed August 8, 2007. The Proposed Order was not attached when the motion was filed.

                                       Respectfully Submitted,

DATED: August 15, 2007         /s/ Dean K. Dunsmore
                                      DEAN K. DUNSMORE
                                      Department of Justice
                                      Environment & Natural Resources
                                         Division
                                      801 B Street, Suite 504
                                      Anchorage, Alaska  99501-3657
                                      Phone:(907) 271-5452
                                      Facsimile: (907) 271-5827
                                      dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15TH day of August, 2007 the foregoing NOTICE OF FILING PROPOSED ORDER and the PROPOSED ORDER were served by electronic mail to the following:
    John Baker

and by regular US Postal Service to the Following:
    Alaska Legal Services Corp.,

/s/ Dean K. Dunsmore