DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ETHEL AGUILAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:76-cv-271 (JAV) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | PROPOSED ORDER |
| Defendant. | ) | |

The Motion for Approval of Settlement for Martha L. Byrum, (deceased)(Native Allotment F-033943) is GRANTED and the settlement is hereby approved.

DATED this ___ day of _____, 2007 at Anchorage, Alaska.

_____
JUDGE JAMES A. VON DER HEYDT
U.S. DISTRICT COURT JUDGE