DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ETHEL AGUILAR, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:76-cv-271 (JAV) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER |
| Defendant. ) | |

The Motion for Approval of Settlement for Martha L. Byrum, (deceased)(Native Allotment F-033943) is GRANTED and the settlement is hereby approved.

DATED this 15 day of August, 2007 at Anchorage, Alaska.

REDACTED SIGNATURE

JUDGE JAMES A. VON DER HEYDT
U.S. DISTRICT COURT JUDGE

Aguilar v. USA, 3:76-cv-0271
Proposed Order                            -1-