DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone:(907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

              IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF ALASKA


ETHEL AGUILAR, et al.,          )
                                )
              Plaintiffs,       )    Case No. 3:76-cv-271 (JAV)
                                )
      v.                        )
                                )
UNITED STATES OF AMERICA,       )    MOTION FOR APPROVAL
                                )        OF SETTLEMENT
              Defendant.        )
_____)



          By Order dated February 7, 1983, this court approved the

Stipulated Procedures for Implementation of this court's July 31,

1979 Order that the Department of the Interior adjudicate the

substantive claims of the plaintiffs in this class action to land

patented to the State of Alaska.  Paragraphs 11 and 12 of those

stipulated procedures provide:

               11.  If at any time the State is willing
          to convey a portion of the allotment, or the
          entire allotment subject to reservations, in
          settlement of the applicant's claim and ten-
          ders a valid and appropriate deed, the Solici-
          tor's Office will forward the offer to the
          applicant and coordinate the settlement.
          Counseling for the applicant will be available
          from the BIA.  Provided, this paragraph shall
          not apply to any application which would be
          determined invalid for legal defects as
          described in paragraph.

12.  If after counseling, the applicant wishes to accept the settlement, a settlement agreement will be drawn up and submitted to the court for approval.  Acreage received by the applicant shall be credited to the State entitlement under which the land was originally conveyed.

The Bureau of Land Management, the Bureau of Indian Affairs, the State of Alaska, the applicant and all the heirs of the individual applicant[s] (after counseling by the Bureau of Indian Affairs) have agreed to the settlements and release agreements attached as Exhibit 1 hereto for the allotment application of:

**Sven Haakanson, Sr. (Deceased)**
**(Native Allotment AA-07507, Parcel B)**

Accordingly, the United States moves for an Order and final partial judgment approving the above-listed settlements.

Respectfully Submitted,

DATED: October 9, 2007          /s/ Dean K. Dunsmore
                                DEAN K. DUNSMORE
                                Department of Justice
                                Environment & Natural Resources
                                    Division
                                801 B Street, Suite 504
                                Anchorage, Alaska  99501-3657
                                Phone:(907) 271-5452
                                Facsimile: (907) 271-5827
                                dean.dunsmore@usdoj.gov

        CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October, 2007, the foregoing Motion for Approval of Settlement, Exhibit 1 and a Proposed Order were served by electronic mail to the following:
    John Baker

and by regular US Postal Service to the Following:
    Alaska Legal Services Corp.,

/s/ Dean K. Dunsmore

Aguilar v. USA, 3:76-cv-271 (JAV)
MOTION FOR APPROVAL OF SETTLEMENT    -2-