

**2007-001830-0**
Recording Dist: 303 - Kodiak
8/20/2007 11:58 AM Pages: 1 of 14

A L A S K A

# THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR THE RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

## DO NOT DETACH

Return Recorded Document to:
Attention: Carl Brupbacher
Alaska Department of Natural Resources
Division of Mining, Land and Water
Realty Services Section
550 W. 7th Ave., Suite 1050A
Anchorage, Alaska 99501-3579

"STATE BUSINESS-NO CHARGE"

EXHIBIT 1
Page 1 of 19

## SETTLEMENT AND RELEASE
BLM Serial No. AA-07507, Parcel B
Sven Haakanson
ADL 225855

This Settlement and Release is entered into by and between the United States Department of the Interior, Bureau of Land Management (BLM), the Bureau of Indian Affairs (BIA), the State of Alaska (the State), and the heirs to Sven Haakanson (applicant). In consideration of the mutual benefits stated below, the parties agree as follows:

1. The applicant filed a timely application for a Native Allotment pursuant to the Alaska Native Allotment Act of May 17, 1906, 43 U.S.C. 270-1 et seq. The land for which the applicant intended to apply is more particularly described as follows:

    Lots 4 and 5 of United States Survey No. 10877, containing 79.99 acres, more or less, as shown on the dependent resurvey and subdivision of original Lot 3 into Lots 4 and 6 and the survey of Lot 5, according to the survey plat accepted by the United States Department of the Interior, Bureau of Land Management in Anchorage, Alaska on January 12, 1999, and officially filed on February 3, 1999.

2. Legal title to the land was conveyed by the United States to the State pursuant to Section 6(b) of the Alaska Statehood Act of July 7, 1958, 72 Stat. 339, under State selection application A-056431 (GS-1006) on December 22, 1961 and Tentatively Approved on February 18, 1964.

3. The applicant has alleged that he commenced use and occupancy of the land prior to the time that the State filed its application for conveyance of the same land with the Department of the Interior. If this allegation is proven true, the applicant is a member of the plaintiff class in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979), and will be entitled to relief pursuant to this court's July 31, 1979 Opinion and the Stipulated Procedures for Implementation of Order dated February 9, 1983.

4. The BLM has determined that the applicant's allotment application is not invalid for reason of any legal defects as described in Aguilar Stipulation No. 1 of the Stipulated Procedures.

EXHIBIT 1
Page 2 of 19



2 of 14
2007-001830-0

BLM AA-07507, Parcel B
ADL 225855

5. Subject to the State's Best Interest Finding of the described land in paragraph 1, the State agrees, pursuant to AS 38.05.035(b)(9), to quitclaim the land in paragraph 1 to the United States for reconveyance to the heirs of the applicant under the Alaska Native Allotment Act, subject to the following relinquishments, easements, reservations, exceptions and restrictive covenants:

   (a) A public-use easement one hundred (100) feet in width, east of and running north-south parallel to the western boundary of Lots 4 and 5 of U.S. Survey 10877. Beginning at the ordinary high water mark of Kiliuda Bay at Corner No. 1 of Lot 4 within U.S. Survey 10877 and continuing north to Corner No. 2 of Lot 4 within U.S. Survey 10877; thence continuing north to Corner No. 1 of Lot 5 within U.S. Survey 10877 and ending at Corner No. 2 of Lot 5 within U.S. Survey 10877;

   (b) all valid existing rights, if any.

6. The heirs agree that the land description in paragraph 1 is accurate and forever waive whatever right they may have to amend the legal description, including an amendment pursuant to Section 905(c) of the Alaska National Interest Lands Conservation Act, 43 U.S.C. 1634(c).

7. The BLM agrees to convey the land described in paragraph 1 to the heirs as Sven Haakanson's Native allotment and to credit the State's acreage entitlement under Section 6(b) of the Alaska Statehood Act of July 7, 1958 (72 Stat. 339) with the amount of acres quitclaimed to it by the State pursuant to this Settlement and Release.

8. The BLM, the BIA, and the heirs hereby waive and release the State from any and all claims they may have against the State arising from the State's ownership, use, development, operations on or under, or maintenance of the land prior to the date that the quitclaim deed is issued.

9. The BLM, the BIA, the heirs and the State agree that this Settlement and Release, as implemented, satisfies any and all obligations or liability that the BLM or the State may have to the applicant under the Opinion in Aguilar v. United States, 474 F. Supp. 840 (D. Alaska 1979) and the Stipulated Procedures involving the above-referenced parcel. The BLM, the BIA, and the heirs hereby waive any right to bring an action against the State for the recovery of title to any further interest in the above-referenced allotment parcel based on a Native allotment claim of the applicant. Nothing in this paragraph applies to separate allotment parcels not otherwise addressed in this Settlement and Release.

EXHIBIT 1
Page 3 of 19


3 of 14
2007-001830-0

2

BLM AA-07507, Parcel B
ADL 225855

10. The heirs acknowledge to have received counseling from a legal representative or the BIA/Tribal Contractor with regard to the precise terms of this Settlement and Release. The heirs further acknowledge to have been represented by legal counsel throughout the course of negotiations which led to the execution of the Settlement and Release. The heirs desire to enter into this Settlement and Release, being fully informed of its terms, contents, and effect.

11. The BLM, the BIA, the heirs and the State intend the terms of this Settlement and Release to be binding upon the applicant's heir/heirs, administrators, executors, successors, and assigns forever.

12. Whenever used in this agreement, "State" shall mean State of Alaska, its agencies, employees, agents, assigns, contractors, and subcontractors.

13. The parties desire to reach a full and final compromise, settlement, and release of all matters arising out of the facts described above.

**IN WITNESS WHERE OF, the parties have signed this Settlement and Release below**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*LAST ITEM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 1
Page 4 of 19



4 of 14
2007-001830-0

3

BLM AA-07507, Parcel B
ADL 225855

DATED: 12-30-05                                   _____
                                                  (Phyllis Clough, heir)

STATE OF ALASKA  )
                 ) ss.
___3rd___ Judicial District)

THIS IS TO CERTIFY that on this __30th__ day of __December__ 2005, before me appeared __Phyllis Clough__ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.

_____
Notary Public for the State of Alaska
My Commission Expires: __February 21, 2009__

EXHIBIT __1__
Page __5__ of __19__



BLM AA-07507, Parcel B
ADL 225855

DATED: _February 16, 2007_    _[signature]_
(Leona Haakanson-Crow, heir)

STATE OF ALASKA )
                ) ss.
_____ Judicial District)

THIS IS TO CERTIFY that on this _____ day of _____2005, before me appeared _____ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.

_____
Notary Public for the State of Alaska
My Commission Expires:_____

See Attached California Acknowledgement



EXHIBIT 1
Page 6 of 19

5

2007-001830-0
6 of 14

# ACKNOWLEDGMENT

State of California
County of Glenn

On February 16, 2007 before me, Jerri Ann Thompson, Notary Public,
(here insert name and title of the officer)

personally appeared Leona Haakanson-Crow

_____

_____,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____


JERRI ANN THOMPSON
COMM. # 1417296
NOTARY PUBLIC-CALIFORNIA
SUTTER COUNTY
COMM. EXP. MAY 11, 2007

(Seal)

EXHIBIT 1
Page 7 of 19


7 of 14
2007-001830-0

BLM AA-07507, Parcel B
ADL 225855

DATED: December 17, 2005                    _____
                                            (La Verne Hutto, heir)

STATE OF ALASKA  )
                 ) ss.
4th Judicial District)

THIS IS TO CERTIFY that on this 17 day of December 2005, before me appeared La Verne Hutto known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.



_____
Notary Public for the State of Alaska
My Commission Expires: My Commission Expires February 7, 2008

EXHIBIT 1
Page 8 of 19



BLM AA-07507, Parcel B
ADL 225855

DATED: January 5, 2007

_____
(Sven Haakanson, Jr., heir)

STATE OF ALASKA )
              ) ss.
_____ Judicial District)

THIS IS TO CERTIFY that on this __5__ day of __January 2007__, before me appeared __Sven Haakanson Jr.__ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.



_____
Notary Public for the State of Alaska
My Commission Expires: 7-04-09

EXHIBIT 1
Page 9 of 19



7

BLM AA-07507, Parcel B
ADL 225855

DATED: __3-7-07__    __Wade P~__
                    (Wanda Price, heir)

STATE OF ~~ALASKA~~ Washington )
                    ) ss.
_____ Judicial District)

THIS IS TO CERTIFY that on this __7__ day of __March 2007__ ~~2005~~, before me appeared __Wanda Price (heir)__ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.

__Anita Ann Hedahl__
Notary Public for the State of ~~Alaska~~ Washington
My Commission Expires: __3-13-2008__



EXHIBIT __1__
Page __10__ of __19__



BLM AA-07507, Parcel B
ADL 225855

DATED: 12/30/05                                   _____
                                                  (Beverly Love Haakanson, heir)


STATE OF ALASKA  )
                 ) ss.
 3rd  Judicial District)

THIS IS TO CERTIFY that on this __30th__ day of __December__ 2005, before me appeared __Beverly Love Haakanson__ known to me to be the person named herein and who executed the Settlement and Release and acknowledged voluntarily signing the same.

[Notary Seal: MELISSA BERNS NOTARY PUBLIC STATE OF ALASKA]

_____
Notary Public for the State of Alaska
My Commission Expires: __February 21, 2009__

EXHIBIT  1
Page  11  of  19



11 of 14
2007-001830-0

9

BLM AA-07507, Parcel B
ADL 225855

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Indian Affairs

DATED: _August 3, 2007_     by: _[signature]_

title: _Director, Division of Trust_

STATE OF ALASKA  )
_3rd_             ) ss.
_3_ Judicial District)

THIS IS TO CERTIFY that on this _3rd_ day of _August_ 200_7_, before me appeared _Anthony Urvina_ of the Bureau of Indian Affairs of the Department of the Interior of the United States of America, who executed the Settlement and Release and acknowledged voluntarily signing the same.

[Notary stamp: NOTARY PUBLIC / PAUL C. ROEHL / STATE OF ALASKA]

_Paul C. Roehl_
Notary Public for the State of Alaska
My Commission Expires: _12/25/2007_

EXHIBIT _1_
Page _12_ of _19_

BLM AA-07507, Parcel B
ADL 225855

UNITED STATES OF AMERICA
Department of the Interior
Bureau of Land Management

DATED: 8/8/2007        by: *Richard Thwaites*

                       title: Branch Chief

STATE OF ALASKA    )
                   ) ss.
3rd Judicial District )

THIS IS TO CERTIFY that on this __8th__ day of __August__ 2007, before me appeared __Richard Thwaites__ of the Bureau of Land Management of the Department of the Interior of the United States of America, who executed the Settlement and Release and acknowledged voluntarily signing the same.



Notary Public for the State of Alaska
My Commission Expires: 3/7/2009

EXHIBIT 1
Page 13 of 19


13 of 14
2007-001830-0

11

BLM AA-07507, Parcel B
ADL 225855

STATE OF ALASKA
Department of Natural Resources
Division of Mining, Land and Water

DATED: 8-17-07          By: *Sandra Singer*
                            Sandra J. Singer
                            For Richard H. Mylius, Director

STATE OF ALASKA   )
                  ) ss.
Third Judicial District   )

This is to certify that on the 17th day of August, 2007, personally appeared before me SANDRA J. SINGER, who is known to me to be the person who has been lawfully delegated the authority of Richard H. Mylius, the Director of the Division of Mining, Land and Water, Department of Natural Resources, State of Alaska, to execute the foregoing document under such legal authority and with knowledge of its contents; and that such act was performed freely and voluntarily upon the premises and for the purposes stated therein.

Witness my hand and official seal the day and year in this certificate first above written.

*Emilee Kutch*
Notary Public in and for the State of Alaska
My Commission Expires with office

Location Index:
T. 33 S., R. 24 W., S. M.
Lots 4 and 5 of U.S. Survey 10877
Sections 15 and 16

EXHIBIT 1
Page 14 of 19


14 of 14
2007-001830-0

12



# United States Department of the Interior
## OFFICE OF HEARINGS AND APPEALS
Hearings Division - Indian Probate
139 East South Temple, Suite 600
Salt Lake City, Utah 84111-1159
TELEPHONE (801) 524-5344

**FILE COPY**

PROBATE NO. IP SL AK-977-346

### NOTICE
### TO ALL PERSONS HAVING OR CLAIMING AN INTEREST
### IN THE SUBJECT MATTER OF THIS PROCEEDING

NOTICE IS GIVEN That on **FEB 1 6 2005** a decision was entered in the estate of Sven David Haakanson, Sr., a deceased Aleut, a copy of which is attached hereto.

This decision becomes final sixty (60) days from the date of mailing of this notice unless within such period a written petition for rehearing shall have been filed with the undersigned **administrative law judge** by an aggrieved party in accordance with the provisions of 43 CFR 4.241.

The petition for rehearing must be under oath and must give a concise but complete statement of the grounds upon which it is based. If it is based upon newly discovered evidence, it shall be accompanied by affidavits or declarations of witnesses stating fully what the new testimony is to be. The petition shall include the petitioner's justifiable reasons for the failure to discover and present that evidence, tendered as new, at the hearings held prior to the issuance of the decision.

No claims shall be paid and no distribution shall be made during the pendency of proceedings following the filing of a petition for rehearing, except as specifically authorized by the undersigned.

At such time as the said decision becomes final, distribution of the estate and payment of claims will be made by the Field Representative, Bureau of Indian Affairs, West-Central Alaska Field Office, Anchorage, Alaska. For information thereon consult the Field Representative.

**PARTICULAR NOTICE IS GIVEN TO PARTIES IN INTEREST HERE NAMED:**

Alaska Probates & Titles Service Center, BIA, 3601 "C" Street, Suite 1100, Anchorage AK 99503
Field Representative, BIA, West-Central Alaska Field Office, 3601 "C" Street, Suite 1100, Anchorage AK 99503-5947
Mary Haakanson, PO Box 35, Old Harbor AK 99643
Phyllis Clough, PO Box 35, Old Harbor AK 99643
Leona Crow, PO Box 8576, Kodiak AK 99615
Levern Hutto, PO Box 56700, North Pole AK 99705
Sven D Haakanson Jr, PO Box 168, Kodiak AK 99615
Wanda Price, PO Box 137, Old Harbor AK 99643
Beverly Haakanson, 531 Perez Way, Apartment 3, Kodiak AK 99615

I hereby certify that on **FEB 1 6 2005**
I mailed a copy of the foregoing to each
of the above named at the address shown.

BY: _____

Harvey C. Sweitzer
Administrative Law Judge

RECEIVED
REALTY
MAR 0 1 2005
CJV 05-1400
Bureau of Indian Affairs
West Central Alaska Field Office

Koniag/Kaguyak

EXHIBIT 1
Page 15 of 19



# United States Department of the Interior
## OFFICE OF HEARINGS AND APPEALS
Hearings Division - Indian Probate
139 East South Temple, Suite 600
Salt Lake City, Utah 84111-1159
TELEPHONE (801) 524-5344

IN THE MATTER OF THE ESTATE OF:     :     PROBATE IP SL AK-977-346

SVEN DAVID HAAKANSON, SR.     :     DECISION

Deceased Aleut

    Pursuant to Notice duly served and posted as required at 43 CFR 4.211 and 4.212, hearing in this matter was held at Kodiak, Alaska, on May 20, 2004, to determine the validity of the last will and testament of **Sven David Haakanson, Sr.**, deceased Aleut (Decedent) and to settle his trust and restricted property estate.

    Findings and Conclusions based upon the evidence adduced are as follows:

    1. Sven David Haakanson, Sr., whose last residence was in the State of Alaska, was born July 8, 1934, and died at Kodiak, Alaska, on November 23, 2002.

    2. Decedent was survived by his wife, five daughters and one son.

    3. Decedent died possessed of an interest in certain trust or restricted property in the State of Alaska, listed on the inventory attached hereto, and other reporting documents.

    4. Had there been no will, decedent's heir(s) at law would be determined in accordance with the statutes of descent of the State of Alaska, ALASKA STAT. ANN. § 13.12.102 (3), as follows:

**The First $150,000.00 of value in the estate to:**

**Mary Christiansen Haakanson**     b: 06-28-39        Wife        100%

EXHIBIT 1
Page 16 of 19

IP SL AK-977-346

The remainder of the estate to:

| | | | |
|---|---|---|---|
| Mary Christiansen Haakanson | b: 06-28-39 | Wife | 6/12 |
| Phyllis Ann Haakanson Clough | b: 07-13-62 | Daughter | 1/12 |
| Leona Marie Haakanson Crow | b: 07-16-63 | Daughter | 1/12 |
| Lavern Jane Haakanson Hutto | b: 12-25-65 | Daughter | 1/12 |
| Sven David Haakanson, Jr. | b: 12-31-66 | Son | 1/12 |
| Wanda Jean Haakanson Price | b: 02-14-69 | Daughter | 1/12 |
| Beverly Love Haakaanson | b: 04-11-78 | Daughter | 1/12 |

5. A Last Will and Testament of the decedent executed September 16, 2002, has been filed in this proceeding. The will is not self-proving, but has been proved by affidavits submitted by two of the attesting will witnesses. There were no objections to the will. Decedent's will was properly executed and at the time of its execution the decedent possessed testamentary capacity and acted free of undue influence. Accordingly the will should be and hereby is approved. In accordance with its terms, Decedent's interest in and to the estate that is subject to this proceeding shall be distributed as follows:

a. Paragraph 3.01 of decedent's will purports to devise any interest he may have owned in an Old Habor Townsite, Lot 1, Block 3, Tract A, to his "husband". Notwithstanding that the reference to "husband" is a typographical error, this provision of the will fails because he owned this Townsite with his wife as tenancy by entirety. Therefore the property automatically passed to his wife by operation of law upon his death.

b. Paragraph 3.04 gives any interest he owns in any Native Allotment to his children, equally, as follows:

| | | | |
|---|---|---|---|
| Phyllis Ann Haakanson Clough | b: 07-13-62 | Daughter | 1/6 |
| Leona Marie Haakanson Crow | b: 07-16-63 | Daughter | 1/6 |
| Lavern Jane Haakanson Hutto | b: 12-25-65 | Daughter | 1/6 |
| Sven David Haakanson, Jr. | b: 12-31-66 | Son | 1/6 |
| Wanda Jean Haakanson Price | b: 02-14-69 | Daughter | 1/6 |
| Beverly Love Haakaanson | b: 04-11-78 | Daughter | 1/6 |

c. Paragraph 4.02 gives any rest and residue of his estate, if any, subject to this proceeding, to:

| | | | |
|---|---|---|---|
| Mary Christiansen Haakanson | b: 06-28-39 | Wife | All |

6. Decedent's devisees are Aleut and citizens of the United States.

7. No claims have been filed against this estate.

EXHIBIT 1
Page 17 of 19

IP SL AK-977-346

## ORDER

**NOW, THEREFORE**, by virtue of the power and authority vested in the Secretary of the Interior by Section 1 of the Act of June 25, 1910, as amended, 25 U.S.C. 372 (1970), and other applicable statutes, and pursuant to 43 CFR Part 4, it is hereby ORDERED:

The Superintendent or other officer in charge shall distribute the estate according to the findings and conclusions herein.

This decision is final for the Department unless a petition for rehearing is timely filed in accordance with 43 CFR 4.241 within 60 days from the date hereof as set forth in the notice attached hereto.

Dated at Salt Lake City, Utah,   FEB 1 6 2005

Harvey C. Sweitzer
Administrative Law Judge

EXHIBIT 1
Page 18 of 19

Page 5

## DATA FOR HEIRSHIP FINDING AND FAMILY HISTORY

*Give names and addresses of all heirs at law, and, if a will was executed, names and addresses of all beneficiaries, witnesses to will, and creditors. If any are minors, give names and address of legal guardian or custodian.*

**HEIRS AT LAW:**

Mary Haakanson, P.O. Box 35, Old Harbor, AK 99643

Phyllis Clough, P.O. Box 35, Old Harbor, AK 99643

Leona Crow, P.O. Box 8576, Kodiak, AK 99615

Laverne Hutto, P.O. Box 56700, North Pole, AK 99705

Sven D. Haakanson, Jr., P.O. Box 168, Kodiak, AK 99615

Wanda Price, P.O. Box 137, Old Harbor, AK 99643

Beverly Haakanson, 531 Perez Way, Apt. 3, Kodiak, AK 99615

**WILL BENEFICIARIES:**

Mary Haakanson, P.O. Box 35, Old Harbor, AK 99643

Phyllis Clough, P.O. Box 35, Old Harbor, AK 99643

Leona Crow, P.O. Box 8576, Kodiak, AK 99615

Laverne Hutto, P.O. Box 56700, North Pole, AK 99705

Sven D. Haakanson, Jr., P.O. Box 168, Kodiak, AK 99615

Wanda Price, P.O. Box 137, Old Harbor, AK 99643

Beverly Haakanson, 531 Perez Way, Apt. 3, Kodiak, AK 99615

**WILL WITNESSES:**

Kathy Cliver, 1218 Selief, #7, Kodiak, AK 99615

Alan L. Schmitt, 323 Carolyn Street, Kodiak, AK 99615

**INTERESTED PARTIES:**

**NO KNOWN CREDITORS.**

I hereby certify that at this date the information contained herein is a full, true, and complete summary of the records of this office as to the matters set forth.

Date: 4-29-03   Signed: Rose M. Brady
                        (Acting) FIELD REPRESENTATIVE – West-Central Alaska Field Office

Modified and conformed to the evidence after hearing:

Date: 2/8/05   Signed: _____
                       ADMINISTRATIVE LAW JUDGE / ATTORNEY DECISIONMAKER

EXHIBIT 1
Page 19 of 19