DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ETHEL AGUILAR, et al.,            )
                                  )
                 Plaintiffs,      )    Case No. 3:76-cv-271 (JAV)
                                  )
        v.                        )
                                  )
UNITED STATES OF AMERICA,         )
                                  )    PROPOSED ORDER
                 Defendant.       )
_____)

        The Motion for Approval of Settlement for Sven Haakanson, Sr.,

(Deceased), BLM Serial No. AA-07507, Parcel B, is GRANTED and the

settlement is hereby approved.

        DATED this ___ day of _____, 2007 at Anchorage, Alaska.


                              _____
                              JUDGE JAMES A. VON DER HEYDT
                              U.S. DISTRICT COURT JUDGE