DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant



RECEIVED
OCT 10 2007
Clerk, U.S. District Court
Anchorage, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ETHEL AGUILAR, et al., )
)
        Plaintiffs, )   Case No. 3:76-cv-271 (JAV)
)
v. )
)
UNITED STATES OF AMERICA, )   JAV
) ~~PROPOSED~~ ORDER
        Defendant. )
)

The Motion for Approval of Settlement for Sven Haakanson, Sr., (Deceased), BLM Serial No. AA-07507, Parcel B, is GRANTED and the settlement is hereby approved.

DATED this 10 day of October, 2007 at Anchorage, Alaska.

**REDACTED SIGNATURE**
JUDGE JAMES A. VON DER HEYDT
U.S. DISTRICT COURT JUDGE

Aguilar v. USA, 3:76-cv-0271
Proposed Order                    -1-